IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BENJAMIN ARMIJO and
OFELIA RONQUILLO, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

    vs.                                    No. CV 19-750 KG/GJF

AFFILION, LLC; EMCARE, INC.;
EMCARE HOLDINGS, INC.;
ENVISION HEALTHCARE CORPORATION;
and ENVISION HEALTHCARE HOLDINGS, INC.,

    Defendants.

## FINAL JUDGMENT

Having granted Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), (Doc. 18), by a Memorandum Opinion and Order entered contemporaneously with this Final Judgment,

IT IS ORDERED that Plaintiffs' claims are dismissed with prejudice and this lawsuit is terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE