IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BENJAMIN ARMIJO AND OFELIA
RONQUILLO, on behalf of themselves
all other similarly situated,

      *Plaintiffs,*

v.

AFFILION, LLC; EMCARE, INC.;
EMCARE HOLDINGS, INC.;      Case No.: 2:19-cv-00750-KRS-GJF
ENVISION HEALTHCARE
CORPORATION AND ENVISION
HEALTHCARE HOLDINGS, INC.,

      *Defendants.*

## NOTICE OF APPEAL

1.    Notice is hereby given that Plaintiffs Benjamin Armijo and Ofelia Ronquillo, on behalf of themselves and all other similarly situated, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the 05/29/2020 Memorandum Opinion and Order (Document 32) and the 05/29/2020 Final Judgment (Document 33) entered in the above referenced matter by the United States District Court for the District of New Mexico.

2.    The parties to the Memorandum Opinion and Order and the Final Judgment appealed from and the names and addresses of their respective attorneys are as follows:

    **McGEHEE ✯ CHANG, LANDGRAF, FEILER**
    Jack E. McGehee
    H.C. Chang
    Benjamin T. Landgraf
    Benjamin C. Feiler
    10370 Richmond Ave., Suite 1300
    Houston, Texas 77042
    Phone: (713) 864-4000
    **ATTORNEYS FOR PLAINTIFFS BENJAMIN ARMIJO, OFELIA RONQUILLO & THE CLASS.**

**EPSTEIN, BECKER, AND GREEN, PC**
David Jacobs
Brock Seraphin
Jonah Retzinger
1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506
Phone: (310) 556-8861
**ATTORNEYS FOR DEFENDANTS AFFILION, LLC; EMCARE, INC.; EMCARE HOLDINGS, INC.; ENVISION HEALTHCARE CORPORATION AND ENVISION HEALTHCARE HOLDINGS, INC.**

**SUTIN, THAYER, & BROWNE, APC**
Stefan R. Chacon
Jesse D. Hale
6100 Uptown Blvd. NE, Suite 400
Albuquerque, NM 87110
Phone: (505) 883-2500
**ATTORNEYS FOR DEFENDANTS AFFILION, LLC; EMCARE, INC.; EMCARE HOLDINGS, INC.; ENVISION HEALTHCARE CORPORATION AND ENVISION HEALTHCARE HOLDINGS, INC.**

    Respectfully submitted:

    **McGEHEE ★ CHANG, LANDGRAF, FEILER**

    ___/s/ Benjamin C. Feiler_____
    Jack E. McGehee
    jmcgehee@lawtx.com
    H.C. Chang
    hcchang@lawtx.com
    Benjamin T. Landgraf
    blandgraf@lawtx.com
    Benjamin C. Feiler
    bfeiler@lawtx.com
    10370 Richmond Ave., Suite 1300
    Houston, Texas 77042
    (713) 864-4000 Phone
    (713) 868-9393 Fax
    **ATTORNEYS FOR PLAINTIFFS BENJAMIN ARMIJO, OFELIA RONQUILLO & THE CLASS.**