

# United States District Court
## District of New Mexico
### Office of the Clerk
Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

Divisional Offices
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

July 13, 2020

Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron R. White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:  Armijo et al v. Affilion, LLC et al 19-cv-750-KG-GJF

Dear Mr. Wolpert,

   Please be advised that the record on appeal in the above referenced matter is now complete.

   (X)   A transcript order form has been filed by the appellant stating that a transcript is not necessary for this appeal.

   ( )   A transcript order form has been filed by appellant stating that the necessary transcript is already on file in the United States District Court.

   ( )   The transcripts which were ordered are now on file with the United States District Court.

                            Sincerely,
                            Mitchell R. Elfers
                            Clerk of Court

                            /s/
                            _____
                            By: Victoria Harvell

cc: Counsel of Record