# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert      April 14, 2021     Jane K. Castro
Clerk of Court                                                                                     Chief Deputy Clerk

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
100 North Church Street, Suite 280
Las Cruces, NM 88001

**RE:**     20-2086, Armijo, et al v. Affilion, et al
Dist/Ag docket: 2:19-CV-00750-KG-GJF

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 23, 2021 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:     Stefan R. Chacon
       Benjamin C. Feiler
       Jesse D. Hale
       David Jacobs
       Jack E. McGehee

CMW/at